UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                          Case No. 21-30100
                                             Originating No. 3:21-cr-00036-14

**DEQUAN WELLS**

    **aka Dwight,**

        Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DEQUAN WELLS,** to answer to charges pending in another federal district, and states:

1. On **March 1, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. **Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1) and 841(b)(1)—Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**, **18 U.S.C. §841(b)(1)(C) and 18 U.S.C. §2-Distribution of Controlled Substances(Fentanyl mixture), 21 U.S.C. §841(a)(1) and 841(b)(1)(C), and 18 U.S.C. §2- Possession with Intent to Distribute Controlled Substances(Fentanyl mixture), and Aiding and Abetting.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Robert VanWert
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.vanwert@usa.doj.gov
(313) 226-9776

Dated: March 2, 2021